**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Trisha Paravas,

                                    **Plaintiff,**

                    **-against-**

Douglas Elliman et al.,

                                    **Defendants.**

**1:26-cv-04644 (JHR) (SDA)**

**ORDER OF SERVICE**

**STEWART D. AARON, United States Magistrate Judge:**

Plaintiff, who is proceeding *pro se*, paid the fees to commence this action.

The Clerk of Court is directed to issue a summons as to Douglas Elliman, Glenn Davis, and Noble Black & Partners. Plaintiff is directed to serve the summons and complaint on each Defendant within 90 days of the issuance of each summons.

If, within these 90 days, Plaintiff has not either served Defendants or requested an extension of time to do so, the Court may dismiss the claims against Defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

**SO ORDERED.**

DATED:        New York, New York
                    June 8, 2026

_____
STEWART D. AARON
United States Magistrate Judge