UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRISHA PARAVAS,

Plaintiff,

-v.-

DOUGLAS ELLIMAN et al.,

Defendants.

26 Civ. 4644 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

Plaintiff Trisha Paravas brought this *pro se* diversity action for violations of the New York State Human Rights Law, N.Y. Executive Law § 290 *et seq.*, and New York City Human Rights Law, N.Y.C. Admin. Code § 8-107 *et seq.*, on June 2, 2026. ECF No. 1. On June 4, 2026, the Court referred this case to Magistrate Judge Stewart D. Aaron for all purposes except trial. ECF No. 4. On August 7, 2026, Plaintiff filed and served subpoenas on four non-parties. ECF Nos. 10-13.

On August 18, 2026, Defendant Noble Black & Partners moved to dismiss the Complaint pursuant to Federal Rules of Civil Procedure 12(b)(5), 12(b)(6), and 17(b). ECF No. 20. On September 10, Defendant Glenn Davis moved to dismiss the Complaint pursuant to Rules 12(b)(5), 12(b)(6), and 17(b); moved to quash Plaintiff's subpoenas pursuant to Rule 26(d)(1); and moved to stay discovery pending the resolution of the motion to dismiss pursuant to Rule 26(d)(1). ECF No. 30.

On September 8, 2026, Plaintiff filed a status update that, in relevant part, withdrew the subpoenas at ECF Nos. 10-13. ECF No. 33. That same day, Plaintiff filed an Amended

Complaint. ECF No. 34.[1] Accordingly, Defendants' motions to dismiss the Complaint, ECF Nos. 20, 30, are hereby DENIED as moot.

The Clerk of Court is directed to terminate ECF Nos. 20, 30.

SO ORDERED.

Dated: September 18, 2026
New York, New York

Jennifer H. Rearden

JENNIFER H. REARDEN
United States District Judge

[1] Plaintiff's status update and Amended Complaint were not docketed by the Clerk's Office until September 14, 2026. ECF Nos. 33-34.