**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**Trisha Paravas,**

**Plaintiff,**

**-against-**

**Douglas Elliman et al.,**

**Defendants.**

**1:26-cv-04644 (JHR) (SDA)**

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

The Court is in receipt of Plaintiff's October 9, 2026 filings, including a Declaration in support of her opposition to Defendants' motion to dismiss (ECF No. 51), and two documents labeled "Consolidated Memorandum of Law in Opposition to Defendants' Motions to Dismiss." (ECF Nos. 49 & 50.)

As Plaintiff may file only one memorandum of law, it is hereby ORDERED that, no later than Monday, October 19, 2026, Plaintiff shall file a letter to the ECF docket indicating which of the two memoranda she wishes to be considered. The memorandum not selected by Plaintiff shall be deemed stricken from the record.

Taking account of the extra time needed to clarify this matter, Defendants shall file their replies no later than Monday, October 26, 2026.

**SO ORDERED.**

DATED: New York, New York
October 14, 2026

Stewart d. Aaron
_______________________________
STEWART D. AARON
United States Magistrate Judge